IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

JADE MARIE BURGESS

No. 2:23-CR-071-Z (02)
ECF

MOTION TO REVOKE SUPERVISED RELEASE

The United States of America, by and through the United States Attorney for the

Northern District of Texas, files this Motion to Revoke Supervised Release of Jade Marie

Burgess, in support of which the United States shows as follows:

On May 14, 2024, Jade Marie Burgess, defendant, was sentenced by United States

District Judge Matthew J. Kacsmaryk to a term of incarceration of 37 months, to be

followed by a term of supervised release of 1 year, with conditions, upon her conviction of

False Material Statement During the Purchase of a Firearm, in violation of 18 U.S.C. §§

922(a)(6) and 924(a)(2).    Burgess began serving her current term of supervised release on

February 16, 2026.

I.

Conditions of the Defendant's supervised release provide:

**Violation of Other Condition No. 2:** The defendant shall not unlawfully possess a

controlled substance (*see* 18 U.S.C. § 3583(d)).

**Violation of Other Condition No. 4:** The defendant shall refrain from an unlawful

**Jade Marie Burgess**
**Government's Motion to Revoke Supervised Release - Page 1**

use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter (as determined by the court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court for an individual defendant if the defendant's presentence report or other reliable information indicates a low risk of future substance abuse by the defendant (*see* 18 U.S.C. § 3583(d)).

**Violation of Other Condition No. 10:**   The defendant shall participate in an outpatient program approved by the probation officer for treatment of narcotic, drug, or alcohol dependency that will include testing for the detection of substance use, abstaining from the use of alcohol and all other intoxicants during and after completion of treatment, and contributing to the cost of services rendered (copayment) at the rate of at least $25 per month.

## II.

Defendant **Burgess** violated these conditions in that:

1. On February 24, 2026, Burgess submitted a urine specimen to Dailey Recovery Service (DRS), which tested positive for marijuana.  Confirmation was obtained from Abbott Toxicology, which confirmed the specimen collected on February 24, 2026, was positive for marijuana.

2. On March 16, 2026, Burgess submitted a urine specimen to DRS, which tested positive for marijuana.  Confirmation was obtained from Abbott Toxicology,

**Jade Marie Burgess**
**Government's Motion to Revoke Supervised Release - Page 2**

which confirmed the specimen collected on March 16, 2026, was positive for marijuana.

3. On April 23, 2026, Burgess submitted a urine specimen for testing at DRS, which tested positive for marijuana.

III.

The United States respectfully asks that this Honorable Court revoke the defendant's supervised release and order her to the custody of the Attorney General to serve a sentence as determined by the Court in accordance with the law.   Further, the United States request that the defendant be detained pending her final revocation hearing.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

/s/ Anna Marie Bell
ANNA MARIE BELL
Assistant United States Attorney
New Mexico Bar Number 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone: 806-324-2356
Facsimile: 806-324-2399
E-mail: anna.bell@usdoj.gov

**Jade Marie Burgess**
**Government's Motion to Revoke Supervised Release - Page  3**